Commonwealth *v.* Duff, Appellant.

Argued September 10, 1968.   Before WRIGHT, P. J.,
WATKINS, MONTGOMERY, JACOBS, HOFFMAN, SPAULDING,
and HANNUM, JJ.

*David N. Brook,* Assistant Public Defender, for appellant.

*Richard A. Devlin,* Assistant District Attorney,
with him *Henry T. Crocker,* Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 14, 1968:
Judgment of sentence affirmed.

---

DISSENTING OPINION BY HOFFMAN, J.:
On April 5, 1968, appellant was sentenced to imprisonment for not less than 1½ nor more than 6 years.

Just before imposing sentence, the court said:

"While I am not taking into account the charges that are presently lodged against them (the defend-

ants), I can't close my eyes to the fact that there are outstanding charges." (N.T. 17)

The ambiguity of this statement is apparent. Inferentially, there is reason to believe that the court did give some weight to the outstanding indictments. This was clearly error.

Accordingly, I would remand this case to the court below for resentencing.